UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RYAN LAMBERT § | | |
|     Plaintiff § | | |
| v. § | | CASE NO. 6:22-cv-00638 |
| § | | |
| LAMA ESTATE, LLC § | | |
|     Defendants. | | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Plaintiff, RYAN LAMBERT, ("**Plaintiff**"), joined herein by Defendant, LAMA ESTATE, LLC, ("**Defendant**") hereby file this voluntary Stipulation of Dismissal pursuant to a Settlement Agreement, and request the Court dismiss this matter with prejudice, and in support thereof would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved all issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendants from any further liability to Plaintiff arising out of this proceeding.

3. The parties agree to the form of the attached Order and respectfully ask that it be signed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendants with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: November 15, 2022          Respectfully submitted,

                                                               BY: /s/ *K. Michael Sturgill, Esq*
                                                               K. Michael Sturgill
                                                               Counsel for Plaintiff
                                                               Texas Bar No: 24075588
                                                               18756 Stone Oak Pkwy, #200
                                                               San Antonio, Texas 75258
                                                               Telephone: 469-381-6833
                                                               Email: matt@sappsturgill.com

COUNSEL FOR PLAINTIFF

By: /s/ _Caleb Moore_____
Caleb Moore
Law Firm of Caleb Moore, PLLC
2205 Martin Drive, Ste 200
Bedford, TX 76021
Telephone: (817) 953-2420
Facsimile: (817) 581-2540
Email: cmoore@thedfwlawfirm.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 15th day of November, 2022.

      _/s/ K. Michael Sturgill_____
      K. Michael Sturgill